# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF VIRGINIA
## CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON JACKSON, <br><br> *Plaintiff,* <br><br> v. <br><br> CHRISTOPHER MICHALSKI, ET AL., <br><br> *Defendants.* | CASE NO. 3:10-cv-00052 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court upon several motions to dismiss filed by Defendants and upon a motion requesting discovery on jurisdictional issues filed by Plaintiff. The issues have been fully briefed, and the parties were heard on June 22, 2011.

For the reasons set forth in the accompanying memorandum opinion, the following is hereby ORDERED:

- Defendant Christopher Michalski's motion to dismiss pursuant to Rule 12(b)(2) (docket no. 14) is GRANTED;

- Defendant Intercollegiate Studies Institute, Inc.'s ("ISI") motion to dismiss pursuant to Rule 12(b)(2) (docket no. 17) is GRANTED;

- Defendant John Zmirak's motion to dismiss pursuant to Rule 12(b)(2) (docket no. 51) is GRANTED;

- Defendant Richard Spencer's motion to dismiss pursuant to Rule 12(b)(6) (docket no. 44) is GRANTED as follows: Counts XVII to XX and Count XXV are dismissed WITHOUT PREJUDICE; the remaining counts are dismissed WITH PREJUDICE;

- Defendant Takimag.com, LLC's motion to dismiss pursuant to Rule 12(b)(6) (docket no. 26) is GRANTED as follows: Counts XVII to XX and Count XXV are dismissed WITHOUT PREJUDICE; the remaining counts are dismissed WITH PREJUDICE;

- Michalski's motion to dismiss pursuant to Rule 12(b)(4) (docket no. 15), Michalski's motion to dismiss pursuant to Rule 12(b)(6) (docket no. 48), ISI's motion to dismiss pursuant to Rule 12(b)(4) (docket no. 19), ISI's motion to dismiss pursuant to Rule 12(b)(6) (docket no. 21), Zmirak's motion to dismiss pursuant to Rule 12(b)(4) (docket no. 55), and Zmirak's motion to dismiss pursuant to Rule 12(b)(6) (docket no. 53) are DENIED as moot;

- Jason Jackson's motion for discovery on jurisdictional issues (docket no. 105) is DENIED; and

The Clerk of the Court is hereby directed to strike this case from the Court's active docket. The Clerk shall send a certified copy of this order to all counsel of record, and to Plaintiff.

It is so ORDERED.

Entered this __22nd__ day of August, 2011.

_____
NORMAN K. MOON
UNITED STATES DISTRICT JUDGE

– 2 –

Case 3:10-cv-00052-NKM-BWC   Document 111   Filed 08/22/11   Page 2 of 2   Pageid#: 1337