IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
CHARLOTTESVILLE DIVISION

| | |
|---|---|
| JASON JACKSON, <br><br> *Plaintiff,* <br><br> v. <br><br> CHRISTOPHER MICHALSKI, ET AL., <br><br> *Defendants.* | CASE NO. 3:10-cv-00052 <br><br> ORDER <br><br> JUDGE NORMAN K. MOON |

This matter is before the Court upon Plaintiff's objections (docket nos. 82, 92) to the Magistrate Judge's ruling. Taki Theodoracopoulos ("Defendant") filed a motion to quash service on March 14, 2011 (docket no. 29). The motion was referred to Magistrate Judge B. Waugh Crigler pursuant to the pretrial scheduling order. In an order dated May 4, 2011 (the "Order"), the Magistrate Judge granted Defendant's motion to quash service.

For the reasons stated in the accompanying memorandum opinion, Plaintiff's objections are hereby OVERRULED. Accordingly, service on Defendant is quashed, and this matter shall be stricken from the Court's active docket.

The Clerk of the Court is hereby directed to send a certified copy of this order to all counsel of record, to Magistrate Judge Crigler, and to Plaintiff.

It is so ORDERED.

Entered this __23rd__ day of August, 2011.

NORMAN K. MOON
UNITED STATES DISTRICT JUDGE